■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. PARISI, Appellant. [722 NYS2d 202] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him following a jury trial of assault in the first degree (Penal Law § 120.10 [3]) and assault in the second degree (Penal Law § 120.05 [2]), defendant contends that the conviction is not supported by legally sufficient evidence. We disagree (*see generally, People v Bleakley*, 69 NY2d 490, 495). Viewing the evidence in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620, 621), we conclude that there is a valid line of reasoning and permissible inferences to lead a rational person to the conclusion that defendant caused the victim's injuries (*see, People v Thomas*, 274 AD2d 761, 763). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Oneida County Court, Donalty, J.—Assault, 1st Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.